1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,              No. 2:14-CR-107-RMP
8
9                     Plaintiff,            ORDER GRANTING IN PART
                                            DEFENDANT'S MOTION TO
10  vs.                                     AMEND
11
12  JEROME DEAN ABRAHAMSON,
13                     Defendant.

14        Before the Court is Defendant's Motion to Amend Pretrial Release
15  Conditions Regarding Use of a Firearm.  Neither the United States nor the U.S.
16  Probation Office object to the requested modification.

17        **IT IS ORDERED** that Defendant's Motion, **ECF No. 19,** is **GRANTED IN**
18  **PART.** Defendant is permitted to use a firearm only for the tribal hunt November
19  14-19, 2014.

20        All other terms and conditions of pretrial release not inconsistent herewith
21  shall remain in full force and effect.

22        DATED November 12, 2014.

23

24     _____
25                              JOHN T. RODGERS
                          UNITED STATES MAGISTRATE JUDGE
26
27
28

ORDER - 1