UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROME DEAN ABRAHAMSON,<br><br>Defendant. | NO: 2:14-CR-107-RMP<br><br>ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE |
|---|---|

Before the Court are the Government's Motion to Dismiss the Indictment with Prejudice, ECF No. 41, and Motion to Expedite, ECF No. 42. The Court grants leave to dismiss the Indictment pursuant to Fed. R. Crim. P. 48(a).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Expedite, **ECF No. 42**, is **GRANTED**.

2. The Government's Motion to Dismiss the Indictment with Prejudice, **ECF No. 41**, is **GRANTED**.

3. The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE ~ 1

4. All pending motions are **DENIED AS MOOT**.

5. All scheduled court hearings, including trial, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**DATED** this 30th day of April 2015.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge

ORDER GRANTING MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE ~ 2